UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
GLENN STEWART, et al.,         )
                               )
    Plaintiffs,                )
                               )
        v.                     )   NO.  3:10-0494
                               )
AMERICAN EAGLE AIRLINES, et al.)   Judge Haynes/Bryant
                               )
    Defendants.                )
```

### **O R D E R**

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 21).

An initial case management conference is set for **Tuesday, July 13, 2010,** at **10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to July 13, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge