IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLEN STEWART, DARSHANPRIT DHILLON, JOHN KRAKOWSKI, and SALLY YOUNG, individually, and on behalf of those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN EAGLE AIRLINES, INC., AIRLINE PILOTS ASSOCIATION, INTERNATIONAL, AMERICAN AIRLINES, INC., and ALLIED PILOTS ASSOCIATION, <br><br> Defendants. | Case No. 3:10-cv-00494 <br> JUDGE HAYNES |

### PLANTIFFS' MOTION TO BE EXCUSED FROM THE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 83.01(h)(1)

Plaintiffs Glen Stewart, Darshanprit Dillon, John Krakowski, and Sally Young, individually and on behalf of those similarly situated, hereby request that the Court excuse the requirement of local counsel set forth in Local Rule 83.01(h)(1). As grounds, Plaintiffs would show as follows:

1.) Local Rule 83.01(h)(1) states as follows:

> If none of the counsel appearing on behalf of a party in any civil case is a resident of or has his principal law office in the State of Tennessee, the Clerk of the Court shall immediately notify said counsel that there shall be joined of record by written appearance, within fourteen (14) days thereafter, associate counsel qualified to practice in the United States District Court for the Middle District of Tennessee who is a resident of this state or has his principal law office therein, in default of which, all pleadings filed on behalf of such party may be stricken by the Court, either upon motion or upon the Court's own initiative.