IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **GLENN STEWART**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 3:10-0494 |
| | ) |
| | ) Judge Haynes |
| | ) Magistrate Judge Bryant |
| **AMERICAN EAGLE AIRLINES**, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02, American Airlines, Inc., by and through its undersigned counsel, submits this Corporate Disclosure Statement.

AMR Corporation owns 100% of the outstanding common stock of American Airlines, Inc. Each of FMR LLC and PRIMECAP Management Company own more than 10% of the outstanding common stock of AMR Corporation (based on reports filed with the SEC by such entities on February 16, 2010 and February 11, 2010, respectively).

Respectfully submitted,

/s/ Douglas R. Pierce
Douglas R. Pierce (BPR #010084)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201
Phone: (615) 259-3456
Facsimile: (615) 726-5417
dpierce@kingballow.com

Jonathan C. Fritts (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone:      (202) 739-5867
Facsimile:  (202) 739-3001
jfritts@morganlewis.com

*Attorneys for American Airlines, Inc.*

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appearance for R. Eddie Wayland has been served through the Court's CM/ECF system upon:

**ATTORNEYS FOR PLAINTIFFS**

W. Scott Rose
Allen P. Press
Timothy J. Lemen
Green Jacobson, P.C.
7733 Forsyth Blvd.
Suite 700
Clayton, MO 63105

**ATTORNEYS FOR AMERICAN EAGLE AIRLINES, INC.**

Waverly D. Crenshaw, Jr.
John J. Park
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
P.O. Box 198966
Nashville, TN 37219-8966

John J. Gallagher
Intra Laura Germanis
Paul, Hastings, et al.
875 15th St. NW
Washington, DC 20005

**ATTORNEYS FOR ALLIED PILOTS ASSOCIATION**

Edgar N. James
Jeff Vockrodt
James & Hoffman
1101 17th Street, NW
Suite 510
Washington, DC 20036-4748

Robert Jan Jennings
Branstetter, Stranch & Jennings
227 Second Avenue N.
4th Floor
Nashville, TN 37201

**ATTORNEYS FOR AIR LINE PILOTS ASSOCIATION, INTERNATIONAL**

Marcus Charles Migliore
Air Line Pilots Association
1625 Massachusetts Avenue, NW
8th Floor
Washington, DC 20036

William Michael Hamilton
Provost, Umphrey Law Firm, LLP
2021 Richard Jones Road
Suite 300
Nashville, TN 37215

James Kenneth Lobsenz
Air Line Pilots Association
535 Herdon Parkway
Herdon, VA 20170

On July 12, 2010

/s/ Douglas R. Pierce