# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| GLEN STEWART, et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 3:10-cv-0494 |
| v. | ) |
| | ) Judge William J. Haynes, Jr. |
| AMERICAN EAGLE AIRLINES, INC., et al., | ) Magistrate Judge John S. Bryant |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Comes now, Defendant, American Eagle Airlines, Inc., by and through its attorneys, pursuant to Local Rule 7.02 of this Court, and states as follows:

American Eagle Airlines, Inc. is a wholly owned subsidiary of AMR Corporation.

/s/ John J. Park.
John J. Gallagher
Intra L. Germanis
Paul, Hastings, Janofsky & Walker, LLP
875 15th St., N.W.
Washington, D.C. 20005
202-551-1700
202-551-0161 (fax)
intragermanis@paulhastings.com

and

Waverly D. Crenshaw, Jr.
John J. Park
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
P. O. Box 198966
Nashville, TN  37219-8966
615-244-6380
615-244-6804 (fax)
waverly.crenshaw@wallerlaw.com
john.park@wallerlaw.com

*Attorneys for American Eagle Airlines, Inc..*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served through the Court's CM/ECF system upon:

***ATTORNEYS FOR PLAINTIFFS***

W. Scott Rose
Allen P. Press
Timothy J. Lemen
Green Jacobson, P.C.
7733 Forsyth Blvd
Suite 700
Clayton, MO 63105

***ATTORNEYS FOR AMERICAN AIRLINES, INC.***

R. Eddie Wayland
Douglas R. Pierce
King & Ballow
315 Union Street
1100 Union Street Plaza
Nashville, TN 37201

Jonathan C. Fritts
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004

***ATTORNEYS FOR ALLIED PILOTS ASSOCIATION***

Edgar N. James
Jeff Vockrodt
James & Hoffman
1101 17th Street, NW
Suite 510
Washington, DC 20036-4748
Robert Jan Jennings
Branstetter, Stranch & Jennings
227 Second Avenue, N
4th Floor
Nashville, TN 37201

***ATTORNEYS FOR AIR LINE PILOTS ASSOCIATION, INTERNATIONAL***

Marcus Charles Migliore
Air Line Pilots Association
1625 Massachusetts Avenue, NW
8th Floor
Washington, DC 20036

William Michael Hamilton
Provost, Umphrey Law Firm, LLP
2021 Richard Jones Road
Suite 300
Nashville, TN 37215
James Kenneth Lobsenz
Air Line Pilots Association
535 Herdon Parkway
Herdon, VA 20170

on this 14th day of July, 2010

/s/ John J. Park