# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| GLEN STEWART, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>AMERICAN EAGLE AIRLINES, INC., )<br>*et al.*, )<br><br>Defendants. ) | )<br>)<br>)<br>)<br>) Civil Action No. 3:10-cv-0494<br>)<br>) JUDGE WILLIAM J. HAYNES<br>) MAGISTRATE JUDGE JOHN BRYANT<br>)<br>)<br>)<br>) |

## MOTION OF DEFENDANTS AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, AMERICAN AIRLINES, INC., AND AMERCIAN EAGLE AIRLINES, INC. <u>TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS</u>

Defendants Air Line Pilots Association, International, American Airlines, Inc., and

American Eagle Airlines, Inc. respectfully move this Court pursuant to 28 U.S.C. § 1404(a) to

transfer this case to the Northern District of Texas.  The Memorandum in Support, Attachments,

and Declarations filed herewith set forth the bases for this Motion and are incorporated herein by

reference.

Respectfully submitted,

s/Marcus C. Migliore

| | |
|---|---|
| Marcus C. Migliore (*pro hac vice*)<br>James K. Lobsenz (*pro hac vice*)<br>AIR LINE PILOTS<br> ASSOCIATION, INT'L<br>1625 Massachusetts Avenue, N.W.<br>Washington, D.C.<br>(202) 797-4054<br>(202) 797-4014 (fax)<br>marcus.migliore@alpa.org | Michael Hamilton (No. 010720)<br>PROVOST UMPHREY LLP<br>2021 Richard Jones Road<br>Suite 300<br>Nashville, TN 37215<br>(615) 242-0199<br>(615) 256-5922 (fax) |

<u>Counsel for Defendant Air Line Pilots Association, International</u>

s/R. Eddie Wayland_____

R. Eddie Wayland  (No. 006045)                  Jonathan C. Fritts (*pro hac vice*)
Douglas R. Pierce (No. 010084)                  MORGAN LEWIS & BOCKIUS LLP
KING & BALLOW                                   1111 Pennsylvania Avenue, NW
1100 Union Street Plaza                         Washington, DC 2004-2541
315 Union Street                                (202) 739-3000
Nashville, TN 37201                             (202) 739-3001 (fax)
(615) 259-3456
(615) 726-5417 (fax)
rew@kingballow.com

Counsel for Defendant American Airlines, Inc.

s/Waverly D.Crenshaw, Jr._____

Waverly D. Crenshaw, Jr. (No. 9942)             John J. Gallagher (*pro hac vice*)
John J. Park (No. 25623)                         Intra Germanis (*pro hac vice*)
WALLER LANSDEN DORTCH & DAVIS, LLP   PAUL HASTINGS JANOFSKY &
511 Union Street, Suite 2700                       WALKER, LLP
P. O. Box 198966                                 875 15th Street, NW
Nashville, TN 3729-8966                           Washington, DC 20005
(615) 244-6380                                    (202) 551-1700
(615) 244-6804 (fax)                              (202) 551-1705 (fax)
waverly.crenshaw@wallerlaw.com

Counsel for Defendant American Eagle Airlines, Inc.

August 20, 2010

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion of Defendants Air Line Pilots Association, International, American Airlines, Inc., and American Eagle Airlines, Inc. to Transfer Venue to the Northern District of Texas, Memorandum in Support with Attachments, Declaration of Wayne Klocke, Declaration of James Anderson and Declaration of Cathy McCann were filed with the Court through the ECF system on the 20th day of August, 2010, and service will be made electronically by the Court's system upon:

W. Scott Rose
Allen P. Press
Timothy J. Lemen
GREEN JACOBSON, P.C.
7733 Forsyth Blvd., Suite 700
Clayton, MO  63105-2015

Counsel for Plaintiffs

Edgar N. James
Jeff Vockrodt
JAMES & HOFFMAN. P.C.
1101 Seventeenth St., N.W., Suite 510
Washington, D.C.  20036

Robert Jan Jennings
BRANSTETTER, STRANCH &
  JENNINGS, PLLC
227 Second Avenue North, Fourth Floor
Nashville, TN  37201

Counsel for Defendant Allied Pilots
Association

s/Marcus C. Migliore