UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GLEN STEWART, et al.                         ]
                                             ]
        Plaintiffs,                          ]
                                             ]
v.                                           ]        No. 3:10-00494
                                             ]        JUDGE HAYNES
                                             ]
AMERICAN EAGLE AIRLINES, INC., et al.        ]
                                             ]
        Defendants.                          ]

## O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion to transfer (Docket

Entry No. 48) is **GRANTED.**  It is **ORDERED** that this action be **TRANSFERRED** to the

Northern District of Texas at Dallas.

It is so **ORDERED**.

**ENTERED** this the _3rd_ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge